COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Jerry Valdez v. Progressive County Mutual Insurance
                            Company and Robert Stratton

Appellate case number:     01-14-00546-CV

Trial court case number:    2014-CI-09859

Trial court:                57th District Court of Bexar County

This case involves an appeal of the district court's final judgment granting the motions for summary judgment for the appellees, signed on March 11, 2014. Appellant filed a motion for new trial on April 1, 2014, which was denied on April 28, 2014. Appellant timely filed his notice of appeal with the Fourth Court of Appeals on June 5, 2014. *See* TEX. R. APP. P. 26.1(a)(1). This appeal was transferred to this Court on July 1, 2014, pursuant to the Texas Supreme Court's docket equalization order. *See* Order Regarding Transfer of Cases From Courts of Appeals, Misc. Docket No. 14-9121, ¶ II (Tex. June 23, 2014). Thus, the record was due on July 9, 2014. *See* TEX. R. APP. P. 4.1(a), 35.1(a). After appellant was informed by the Clerk of this Court on September 17, 2014, that the trial clerk had reported not being paid for preparing the clerk's record, appellant paid for it on September 29, 2014. Because appellant prematurely filed his appellate brief on September 23, 2014, it did not contain any references or citations to the clerk's record, which was subsequently filed on October 2, 2014.

Furthermore, although no reporter's record has been filed, which is consistent with appellant's docketing statement, the court reporter filed an information sheet on October 6, 2014, stating that she took the continuance hearing record on January 22, 2014. The reporter also indicated that appellant had not requested preparation of this record and that she is not aware if there are any other hearing records in this case. Unless appellant files a letter with the trial clerk and the Clerk of this Court, **within 10 days of this order**, that he has both requested this reporter's record, and any others, and made payment arrangements, **this Court may consider and decide only those issues or points that do not require a reporter's record**. *See* TEX. R. APP. P. 37.3(c)(1).

Accordingly, appellant is **ORDERED** to file an amended brief containing all necessary references to the clerk's record filed with this Court and conforming to Rule 38.1.  *See* TEX. R. APP. P. 38.1(d), (g), (i).  **Unless appellant has indicated otherwise regarding whether he will request the reporter's record, his amended brief is due to be filed with this Court no later than 30 days after the date of this order.**  *See* TEX. R. APP. P. 2, 38.6(a).

Appellee's brief, if any, will be due no later than 30 days after the filing of appellant's amended brief.  *See* TEX. R. APP. P. 38.6(b).

It is so ORDERED.

Judge's signature: /s/ <u>Evelyn V. Keyes</u>
                   ☒ Acting individually

Date:  October 9, 2014